**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                          4:00CR00230-001 SWW

JERALD MILLER

**ORDER**

Pending before the Court is the government's motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for May 29, 2013 at 1:00 p.m. The defense has not stated an objection to the continuance.

IT IS THEREFORE ORDERED that the motion to continue [doc #70] is **GRANTED** and the hearing is rescheduled for **FRIDAY, OCTOBER 18, 2013 AT 1:00 P.M. IN COURTROOM #389.**

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 28th day of May 2013.

                                           /s/Susan Webber Wright

                                           UNITED STATES DISTRICT JUDGE